IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KOUHYAR SHAMSAEI SALKDEH, A# 226-142-957         PETITIONER

v.                             CIVIL NO. 5:26-cv-173-DCB-BWR

WARDEN RAFAEL VERGARA                      RESPONDENT

<u>ORDER</u>

This matter is before the Court on pro se Petitioner Kouhyar Shamsaei Salakdeh's (Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.  Petitioner names Warden Rafael Vergara, the Director of ICE, and the Director of DHS as Respondents.  Because Petitioner is challenging his present physical custody, "the proper respondent is the warden of the facility where the [petitioner] is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).  After initial review of Petitioner's filings, the Court finds that the sole Respondent is Warden Rafael Vergara and Respondent Vergara shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the docket to reflect that the sole Respondent is Warden Rafael Vergara.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.  If Petitioner

---

[1] Petitioner paid the filing fee.

desires to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] (without attachments) filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.  Respondent may view Petitioner's Attachments to his Petition [1-1] via the Court's CM/ECF System.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Expedite [2] is denied. This case is proceeding in an expeditious manner, and no special designation is warranted.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 2nd day of April, 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2